# United States District Court
# District of Massachusetts

KENNETH LEGRICE,
      Plaintiff,

      v.                                  CIVIL ACTION NO. 09-10132-RBC

JAMES HARRINGTON,
      Individually and in his capacity as
      Mayor of the City of Brockton, and
CITY OF BROCKTON,
WILLIAM K. CONLON,
      Individually and in his capacity as
      Chief of Police for the City of Brockton,
CITY OF BROCKTON POLICE DEPARTMENT,
      Defendants.

# *FINAL JUDGMENT*

COLLINGS, U.S.M.J.

This case came on for jury trial, the Honorable Robert B. Collings presiding.  The jury having returned its verdict,

IT IS ORDERED AND ADJUDGED:

Judgment for the defendants, JAMES HARRINGTON and WILLIAM K. CONLON, on Count I of the Complaint.

Count IV as against the City of Brockton is DISMISSED with prejudice.

Counts II, III and V are DISMISSED at the request of the plaintiff.

In accordance with the Order of Judge William G. Young issued May 21, 2009,

IT IS ORDERED AND ADJUDGED:

The claim contained in Count IV as against the City of Brockton Police Department is DISMISSED.

The defendants shall recover their costs.


SARAH ALLISON THORNTON,
Clerk of Court

By: *Kathleen M. Dolan*

KATHLEEN M. DOLAN
Deputy Clerk

Dated at Boston, Massachusetts
this 24th day of June, 2010.